USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LIU BO SHAN,                            :
                                        :
                         Plaintiff,     :      09 Civ. 8566 (DLC)
                                        :
              -v-                       :      ORDER
                                        :
CHINA CONSTRUCTION BANK CORP.,          :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 1, 2009, defendant China Construction Bank Corp. filed a motion to dismiss the plaintiff's complaint. It is hereby

ORDERED that the plaintiff's opposition must be submitted by **December 16, 2009**. The defendants' reply, if any, must be submitted by **January 8, 2010**.

IT IS FURTHER ORDERED that at the time any reply is served, defendant shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, U.S. Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:    New York, New York
          December 2, 2009

                                   _____
                                         DENISE COTE
                                   United States District Judge